Ilya Yukhimets
7413 NE 53rd Ave, Vancouver WA 98661
Phone: (360) 450-8373
Email: eliyuk@icloud.com

**FILED - WAWB**
**DEC 29 2025 3:43 PM**
**Gina Zadra Walton, Clerk of Court**

29th day of December, 2025

PFO Side Car, LLC
4710 Village Plaza Loop Ste, 100 Eugene OR, 97401

Attn: Christopher R. Ambrose (Creditor's Attorney)

Re: Complaint

Dear Sir/Madam:

Please give my concerns in this complaint letter your immediate attention.

I have the following complaint/concerns: On December 4th, 2025, I Ilya Yukhimets initiated a bankruptcy proceeding under Chapter 13, requesting emergency protection and an automatic stay. A copy of the bankruptcy filing was subsequently emailed, notifying all relevant parties of such protection under Chapter 13 and establishing that all foreclosure proceedings must cease to avoid violations of federal statutes.

Moreover, I Ilya Yukhimets have not received any notice regarding the impending foreclosure proceedings. Such actions constitute a violation of my due process rights as provided by the United States Constitution. Additionally, the actions of the lender constitute a violation of 11 U.S.C. & 362 of automatic stay under Chapter 13 automatic stay. Furthermore, the actions of the lender constitute of breach of Fair Debt Collection Property Act (FDCPA), 15 U.S.C. & 1692 by engaging in unlawful practices.

As a direct consequences of these violations, I have suffered significant emotional distress and irreparable harm, resulting in sleepless nights, restlessness, and exacerbation of preexisting medical conditions including nerve damage and heart condition which resulted in becoming disabled as of 11/2025. Furthermore, the wrongful foreclosure has led to the loss of my home and incurred substantial

Case 25-04074-MJH    Doc 1    Filed 12/29/25    Ent. 12/29/25 16:42:34    Pg. 1 of 2

legal and associated fees.

In light of these violations, I seek appropriate legal remedies, including the reinstatement of the automatic stay, damages for the emotional distress endured, and the initiation of legal actions against both the lender and the trustee for their unlawful actions.

In order to adequately resolve my concerns, I require that you do the following: I seek legal remedies, including the reinstatement of the automatic stay, damages, and a lawsuit against the lender and the trustee for these violations.
Demand: $1,900,000.00 plus legal fees and damages. I may be contacted or reached in writing at my above address, by phone conversation at my above phone number, or by email sent to my above email address.

Thank you for taking the time to resolve my concerns in a prompt manner. I look forward to hearing from you as soon as possible.

Sincerely,

Ilya Yukhimets

©2002-2025 LawDepot.com®