**FILED - WAWB**
**FEB 02 2026 3:22 PM**
**Gina Zadra Walton, Clerk of Court**

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF WASHINGTON

In re: Ilya P. Yukhimets, Debtor.

Ilya P. Yukhimets: # "and ANNA YUKHIMETS, Plaintiffs,"

v.

PFO SIDE CAR, LLC; CHRISTOPHER R. AMBROSE; PRECISION CAPITAL, LLC; and DOES 1-10, Defendants.

Adversary No.: 3:25-ap-04074

# SECOND AMENDED COMPLAINT FOR DAMAGES FOR WILLFUL VIOLATION OF THE AUTOMATIC STAY, TRESPASS, AND INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS

## I. PARTIES

1. **Plaintiff Ilya P. Yukhimets** is the Debtor in the underlying Chapter 13 case.

2. **Plaintiff ANNA YUKHIMETS** is the spouse of the Debtor and resides at the subject property.

3. **Defendant PFO SIDE CAR, LLC** is the purported owner/assignee of the debt.

4. **Defendant CHRISTOPHER R. AMBROSE** is the attorney for PFO SIDE CAR, LLC.

5. **Defendant PRECISION CAPITAL, LLC** is the mortgage servicer and agent for PFO SIDE CAR, LLC.

6. **Defendants DOES 1-10** are the individual inspectors and agents who physically trespassed on the Plaintiffs' property on January 22, 2026.

## II. JURISDICTION AND VENUE

1. This Court has jurisdiction under 28 U.S.C. §§ 1334 and 157. This is a core proceeding under 28 U.S.C. § 157(b)(2).

## III. FACTUAL ALLEGATIONS

1. On December 29, 2025, the Debtor filed for Chapter 13 protection, triggering the automatic stay under 11 U.S.C. § 362.

2. Despite notice of the stay, Defendant Ambrose, acting on behalf of PFO SIDE CAR, LLC and PRECISION CAPITAL, LLC, sent notices on January 12th 2026, & January 16th, 2026, threatening an unauthorized inspection and threatened the Plantiffs' with police involvement.

3. On January 22, 2026, agent(s) of PRECISION CAPITAL, LLC and PFO SIDE CAR, LLC (DOES 1-10) trespassed on the Plaintiffs' property, took unauthorized photographs/videos.

4. These actions were willful, malicious, and intended to intimidate the Plaintiffs into surrendering their property rights.

## IV. CAUSES OF ACTION

1. **Count I: Willful Violation of the Automatic Stay (11 U.S.C. § 362(k))** - Against all Defendants.

2. **Count II: Trespass** - Against all Defendants.

3. **Count III: Intentional Infliction of Emotional Distress** - Against all Defendants.

## V. PRAYER FOR RELIEF

Plaintiffs request actual damages, emotional distress damages for both Plaintiffs, and substantial punitive damages to deter future misconduct.

Respectfully submitted,

Ilya P. Yukhimets

Dated: January 30, 2026

Ilya P. Yukhimets _____

Anna Yukhimets _____