**Below is the Order of the Court.**



/s/ Mary Jo Heston

**Mary Jo Heston**
**U.S. Bankruptcy Judge**
**(Dated as of Entered on Docket date above)**

---

# UNITED STATES BANKRUPTCY COURT

## WESTERN DISTRICT OF WASHINGTON AT TACOMA

| | |
|---|---|
| In re: | Case No. 25-43020-MJH |
| Ilya P. Yukhimets, | |
| Debtor. | |
| Ilya Yukhimets and Anna Yukhimets, | Adversary No. 25-04074-MJH |
| Plaintiffs | |
| v. | **ORDER TO SHOW CAUSE WHY THIS** |
| PFO Side Car LLC, Christopher R Ambrose, Precision Capital LLC, and Does 1-10, | **ADVERSARY PROCEEDING** **SHOULD NOT BE DISMISSED** |
| Defendants. | |

On December 29, 2025, Ilya Yukhimets ("Plaintiff") filed an adversary proceeding against PFO Side Car LLC ("Defendant"). Since the complaint was filed, the Plaintiff has filed multiple motions, including motions to amend the complaint to add a plaintiff and several defendants. None of the motions have been properly set before the Court. Accordingly, it is hereby

ORDER TO SHOW CAUSE WHY THIS ADVERSARY PROCEEDING SHOULD NOT BE DISMISSED – 1

ORDERED that Plaintiff must appear on **February 19, 2026,** at **1:00 p.m.** by **ZoomGov** to show cause why the Court should not dismiss this adversary proceeding, including for lack of jurisdiction and for other reasons.

**Join ZoomGov Meeting**

**https://www.zoomgov.com/j/1606692441?pwd=ZkVCbVEyTzZBRWovRlI0ODZRUUFjQT09**

**Meeting ID: 160 669 2441**

**Passcode: 827542**

---

**One tap mobile**

**+16692545252,,1606692441# US (San Jose)**

**+16692161590,,1606692441# US (San Jose)**

---

**Dial by your location**

**• +1 669 254 5252 US (San Jose)**

**• +1 669 216 1590 US (San Jose)**

**• +1 415 449 4000 US (US Spanish Line)**

**• +1 551 285 1373 US (New Jersey)**

**• +1 646 828 7666 US (New York)**

**• +1 646 964 1167 US (US Spanish Line)**

**Meeting ID: 160 669 2441**

**Find your local number: https://www.zoomgov.com/u/abGXEPYqMS**

It is further

ORDERED that any written response must be filed with the court no later than **February 12, 2026**. Attendance at the hearing is required.

/ / / End of Order / / /

ORDER TO SHOW CAUSE WHY THIS ADVERSARY PROCEEDING SHOULD NOT BE DISMISSED – 2